## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION


**ACE G COOPER**                                                                 **PLAINTIFF**


**VS.**                           **CASE NO. 3:25-cv-00148 LPR**


**SINGH, et al**                                                                 **DEFENDANT**


## <u>ORDER</u>

Wright, Lindsey & Jennings LLP is on the Court's recusal list and has entered an appearance as counsel of record for defendants Menpreet Singh and Dhillon Transportation LLC in this action.

The Clerk is directed to randomly reassign the referral of the pending discovery dispute and any future discovery disputes (Doc. No. [16]) to another United States Magistrate Judge.

IT IS SO ORDERED this 30th day of March, 2026.

_____
UNITED STATES MAGISTRATE JUDGE